David P. Morrison, OSB No. 772846
Internet e-mail: morrison@cosgravelaw.com
Glenn W. Robles, OSB No. 013975
Internet e-mail: grobles@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for BNSF Railway Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| THERESA KENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | Civil Case No. 3:12-cv-1469-AC<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY AND CASE SCHEDULE DEADLINES** |

　　　　1.　　Pursuant to LR 7-1, all the parties have conferred and stipulate to this motion.

　　　　2.　　The parties jointly request that the Court enlarge the time in which to conduct and complete discovery and other case deadlines by 180 days. The current deadlines are: Expert disclosures completed by 5/20/13; Filing of a joint ADR report by 6/10/13; Rebuttal expert disclosures completed by 6/20/13; Discovery completed by 7/15/13; Dispositive motions filed by 7/26/13; Discovery motions to be filed by 7/29/13; and, DEFERRING the filing of a joint pretrial order.

Page 1 -  **STIPULATED MOTION TO EXTEND DISCOVERY AND CASE SCHEDULE DEADLINES**

1741974.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

3. While the parties have engaged in written discovery and depositions, additional and substantive discovery still needs to be completed. Further, the parties wish to conduct settlement negotiations following completion of discovery. Continuing the current discovery and pretrial case deadlines would potentially avoid the costs and expenses associated with proceeding to trial.

WHEREFORE, the parties respectfully request a 180-day extension of all discovery and case deadlines.

DATED: May 3, 2013

COSGRAVE VERGEER KESTER LLP

*/s/ Glenn W. Robles*

Glenn W. Robles, OSB No. 013975
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: grobles@cosgravelaw.com

Attorneys for BNSF Railway Company

Page 2 - **STIPULATED MOTION TO EXTEND DISCOVERY AND CASE SCHEDULE DEADLINES**

1741974.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing STIPULATED MOTION TO EXTEND DISCOVERY AND CASE SCHEDULE DEADLINES on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

David Jensen
Jensen Elmore & Stupasky PC
199 E. 5th Ave., Suite 25
Eugene, OR 97401
Of Attorneys for Plaintiff

William Jungbauer
Yaeger Jungbauer & Barczak
2550 University Avenue W, Suite 345N
St. Paul, MN 55114
Of Attorneys for Plaintiff

DATED: May 3, 2013

_____
Glenn W. Robles

Page 1 - **CERTIFICATE OF SERVICE**

1741974.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019