David Jensen, OSB No. 69086
JENSEN, ELMORE & STUPASKY, P.C.
199 E 5th Ave, Ste 25
Eugene, OR 97401
Telephone:  (541) 342-1141
Facsimile:   (541) 485-1288
djensen@jeslaw.com

William G. Jungbauer, admitted *pro hac vice*
Christopher W. Bowman, admitted *pro hac vice*
YAEGER, JUNGBAUER & BARCZAK, PLC.
2550 University Avenue West, Suite 345N
St. Paul, MN 55114
Telephone:  (651) 288-9500
Facsimile    (651) 288-0227
wgjgrp@yjblaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| THERESA KENT, | Civil No. 3:12-CV-01469-AC |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR ORDER OF DISMISSAL |
| BNSF RAILWAY COMPANY a Delaware corporation | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost or fees to any party.

Joint Stipulation for Order of Dismissal
Page 1

Yaeger, Jungbauer & Barczak, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN 55114
651-288-9500

Dated this 17th of December 2013

*[signature]*

William G. Jungbauer, admitted *pro hac vice*
Christopher W. Bowman, admitted *pro hac vice*
YAEGER, JUNGBAUER & BARCZAK, PLC
2550 University Avenue W, Suite 345N
Saint Paul, MN 55114

-and-

David Jensen, OSB No. 69086
JENSEN, ELMORE & STUPASKY, P.C.
199 E 5th Ave, Ste 25
Eugene, OR 97401

*ATTORNEYS FOR PLAINTIFF THERESA KENT*

*[signature]*

Dated this 17th of December 2013

Glenn W. Robles, OSB No. 013975
COSGRAVE VERGEER KESTER, LLP
888 SW Fifth Avenue, Suite 500
Portland, OR 97204

*ATTORNEYS FOR DEFENDANT BNSF RAILWAY CO.*

**ORDER**

Per the stipulation above, it is so ORDERED.

DATED this 20th of December 2013.

*[signature]*

United States ~~District Court~~ Judge
Magistrate

Joint Stipulation for Order of Dismissal
Page 2